

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-22-00119-CR

Timothy Cantu **DEL RIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5483
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

On November 28, 2022, the State filed a motion for an extension of time to file its brief, requesting an extension until December 28, 2022. We **grant** the motion and **order** the State to file its brief no later than **December 28, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court